1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street
   Sacramento, California 95814
4  Telephone: (916) 554-2785

**FILED**

APR 15 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In the Matter of Search of:      )   No.
                                 )
SK FOODS                         )       2:08-SW-0124 DAD
6229 MEYERS ROAD                 )
WILLIAMS, CALIFORNIA 95987       )   **SEALING ORDER**
AND PERSON AND VEHICLE           )
OF SCOTT SALYER                  )
                                 )
_____)

   Upon Application of the United States of America and good cause having been shown,

   **IT IS HEREBY ORDERED** that the Application for Search Warrant and the Affidavit filed in support thereof in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: April 13, 2008

                           _____
                           DALE A. DROZD
                           U.S. Magistrate Court Judge